Case 4:26-cr-00088   Document 1   Filed 02/24/26 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
FILED

*February 24, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | Criminal No.  **4:26-cr-088** |
| § | |
| JUSTIN TREADWELL § | |

CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT 1

**(**Sell Wildlife in Violation of Underlying Federal Law**)**

On or about March 28, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**JUSTIN TREADWELL**,

did knowingly transport, sell, receive, and acquire wildlife with a market value in excess of $350, that is three Ring-Tailed Lemurs (*Lemur Catta*) for the sum of $6,000.00 USD, by knowingly transporting and selling Ring-Tailed Lemurs which were taken and possessed in violation of and in a manner unlawful under the laws and regulations of the United States; specifically, Title 7 U.S.C. §§ 2132(g) and 2133, regarding the licensing of dealers of nonhuman primate mammals; Title 16 U.S.C. 1538(1)(F) (Endangered Species Act); and The Convention on International Trade in Endangered Species (CITES) as implemented in the United States through regulation in Part 23 of Title 50 of the Code of Federal Regulations.

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B).

## COUNT 2

**(**Sell Wildlife in Violation of Underlying Federal Law**)**

On or about August 12, 2023, and continuing through March 28, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**JUSTIN TREADWELL**,

did knowingly engage in conduct that involved the sale of wildlife with a market value in excess of $350, that is two Mexican spider monkeys for the sum of $4,000, knowing that said wildlife was sold in violation of and in a manner unlawful under the laws and regulations of the United States, specifically, Title 7 U.S.C. §§ 2132(g) and 2133 regarding the licensing of dealers of monkeys - nonhuman primate mammals.

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B).

## COUNT 3

**(**Smuggling Goods into the United States**)**

On or about July 9, 2023, and continuing through March 28, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**JUSTIN TREADWELL**,

did knowingly receive, conceal, purchase, sell, and facilitate the transportation, concealment and sale of merchandise, namely Mexican Spider Monkeys (*Ateles Geoffroy Velierosus*), after importation, knowing the same to have been imported or brought into the United States contrary to law.

In violation of United States Code, Title 18, Section 545, and 2.

## NOTICE OF FORFEITURE
### (18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendants that in the event of their conviction of any of the offenses charged in Counts One through Three of this Indictment, all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses, is subject to forfeiture.

### *Money Judgment and Substitution Assets*

Defendant is notified that upon conviction, the United States will seek a money judgment against him or her. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment against that defendant.

**A TRUE BILL**

*Original Signature on File*
_____
**FOREPERSON OF THE GRAND JURY**

                                                        **NICHOLAS GANJEI**
                                                        UNITED STATES ATTORNEY

                                                        *Craig M. Feazel*
                                                        CRAIG M. FEAZEL
                                                        ASSISTANT UNITED STATES
                                                        ATTORNEY

                                                        *Thomas Carter*
                                                        THOMAS CARTER
                                                        ASSISTANT UNITED STATES
                                                        ATTORNEY