USA-74-24B
(Rev. 05/01)

HOUSTON DIVISION

USAO Number: 2026R02774
Magistrate Number:

CRIMINAL INDICTMENT

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

*February 24, 2026*

Nathan Ochsner, Clerk of Court
Filed 2/24/2026

No. **4:26-cr-088**

Judge: **Bennett**

**ATTORNEYS:**

**Nicholas J. Ganjei, USA** **(713) 567-9000**

THOMAS CARTER, AUSA (713) 567-9000

UNITED STATES of AMERICA
vs.

| | Appt'd | Private |
|---|---|---|
| JUSTIN TREADWELL | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 3 )

Cts. 1 & 2: Sell Wildlife in Violation of Underlying Federal Law [16 U.S.C.§§ 3372(a)(1) and 3373(d)(1)(B)]

Ct. 3: Smuggling Goods into the United States [18 U.S.C.§ 545, and 2]

**PENALTY:** Cts. 1 & 2: Up to 5 years imprisonment, $20,000 fine, not more than 3 years supervised release, and a $100 special assessment, per count.
Ct. 3: Up to 20 years imprisonment, $250,000 fine, not more than 3 years supervised release, and a $100 special assessment.

NOTICE OF FORFEITURE [18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c)]

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: