UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § § § |
| v. | |
| JUSTIN TREADWELL | |

CRIMINAL NO: **4:26-cr-088**

## ORDER FOR ISSUANCE OF BENCH WARRANT

A   <u>CRIMINAL INDICTMENT</u>   has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

JUSTIN TREADWELL

Houston, TX 77002

☒ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on February 24, 2026.

*[signature]*

UNITED STATES MAGISTRATE JUDGE